UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. 10-00338 |
| DAVID WYMAN | ) | |
| | ) | Motion to Pay 11 U.S.C. Section 347 (a) |
| | ) | Unclaimed Funds Into Court Registry |
| | ) | Fund Pursuant to FRBP 2011 and Local |
| Debtor(s). | ) | Rule 3011-1 |

The undersigned Chapter 7 Trustee requests the Court enter an Order authorizing the payment of Unclaimed Funds under 11 U.S.C.§ 347(s) into the Court Registry Fund pursuant to FRBP 3011 and Local Rule 3011-1 as follows:

| Name and Address | Claim Amount | Distribution of Creditor Number | Claimed | Amount |
|---|---|---|---|---|
| Bonnie J. Kostantacos c/o Charles Kostantacos, Attorney at Law 321 W. State St. Rockford, IL   61101-1137 | $214,124.41 | 3 | $214,124.41 | $504.39 |

Upon entry of the Order authorizing the payment of the Unclaimed Funds into the Court Registry Funds, the undersigned Trustee will provide the Court's finance officer with a list of the last known names and addresses of the unpaid claimants and the amounts they are entitled to receive, as required by FRBP 3011 and Local Rule 3011-1.

 */s/ Sheryl L. Schnittjer*
Sheryl L. Schnittjer
Chapter 7 Trustee